UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

| | |
|---|---|
| COZY COMFORT COMPANY, LLC<br><br>                          **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES,**<br><br>                          **Defendant.** | **S U M M O N S**<br><br>**Court No. 22- 00173** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles | Center (if known): | |
| Protest Number: | 2704-22-160430 | Date Protest Filed: | 5/20/2022 |
| Importer: | Cozy Comfort Company, LLC | Date Protest Denied: | 5/31/2022 |
| Category of Merchandise: | Textile Articles | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 44292339320 | 1/06/2021 | 12/03/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Christopher Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP 865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
Tel: (213) 630-8888
cduncan@steinshostak.com

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Textile Articles | 6110.30.3059 | 32% | 6307.90.9891 <br> 6301.40.0020 <br> 6114.30.3070 | 7% <br> 8.5% <br> 14.9% |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Cozy Comfort Company, LLC challenges Customs' reclassification of The Comfy® as a pullover sweater under HTSUS 6110.30.3059.

The issue which was common to all such denied protests:

Whether The Comfy®  is not a pullover sweater.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2).  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid.

/s/ Christopher Duncan
_____
*Signature of Plaintiff's Attorney*

June 9, 2022
_____
*Date*