**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | | |
|---|---|---|
| COZY COMFORT COMPANY LLC | x : | |
| Plaintiff, | : | Court No. 22-00173 |
| v. | : : | |
| UNITED STATES, | : | **COMPLAINT** |
| Defendant. | : : | |
| | x | |

Plaintiff, COZY COMFORT COMPANY LLC, by its attorneys, Stein Shostak Shostak Pollack & O'Hara, LLP, complains of Defendant, the United States, and alleges as follows:

## JURISDICTION

1. This Court's jurisdiction arises under 28 U.S.C. §1581(a), and this action is filed within the time limits prescribed by 28 U.S.C. §2636(a)(1).

2. On May 20, 2022, through its attorneys, Plaintiff timely filed Protest No. 2704-22-160430 at the Port of Los Angeles, California, contesting the decision by U.S. Customs and Border Protection (CBP) to classify the Comfy® as a pullover under HTSUS 6110.30.3059.

3. On May 31, 2022, CBP denied the protest.

4. On June 9, 2022, Plaintiff filed a summons challenging CBP's decision.

5. All duties and taxes are paid.

6. Jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's timely protest and summons.

Court No. 22-00173

**PARTIES**

7. Plaintiff is an Arizona limited liability company with its principal place of business in Oakland, California, and is the importer of record of the subject merchandise.

8. Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

**STANDING**

9. Plaintiff is the real party in interest and on this basis has standing to bring this action.

10. Plaintiff's claims are within the "zone of interests" of the underlying statute, 19 U.S.C. §1514(a), which provides for judicial review of classification disputes or disputes over exactions and other charges imposed by CBP.

**FACTUAL BACKGROUND**

11. In June 2008, CBP published an Informed Compliance Publication entitled "What Every Member of the Trade Community Should Know: Classification: Apparel Terminology under the HTSUS."

12. This Informed Compliance Publication is intended to provide guidance and information to the trade community and reflects the United States' official position on or interpretation of the applicable laws or regulations by CBP as of the date of publication.

13. The Informed Compliance Publication instructs importers that Heading 6110 of the HTSUS excludes garments that have a sherpa lining and that such garments with a sherpa lining are to be classified in a different HTSUS heading.

14. This court has held that CBP's interpretation of the HTSUS in its Informed Compliance Publication is entitled to deference and judicial notice.

Court No. 22-00173

15. Plaintiff imports and sells a product called the Comfy® Original.

16. The Comfy® Original has a sherpa lining.

17. According to Customs' Informed Compliance Publication, a "pullover" only covers the "upper" part of a person's body.

18. The Comfy® Original extends to, or below, the average consumer's knees.

19. The Comfy® Original is designed, used, and functions as a wearable blanket, and is regarded in commerce and described in sales and marketing literature as a wearable blanket.

20. Plaintiff imported The Comfy® Original and entered the merchandise under HTSUS 6301.40.0020 (blankets).

21. On March 20, 2020, contrary to CBP's instruction in its Informed Compliance Publication, CBP rate advanced several entries of The Comfy® original to HTSUS 6110.30.3059 (pullovers).

22. After March 20, 2020, in accordance with CBP's determination, Plaintiff classified The Comfy® Original as a pullover under HTSUS 6110.30.3059.

23. On May 20, 2022, Plaintiff timely filed Protest No. 2704-22-160430.

24. On May 31, 2022, CBP denied the protest.

## COUNT I

(Incorrect Classification Decision – Blanket)

25. Plaintiff repeats and incorporates paragraphs 1-24 by reference, as though fully stated herein.

26. The Comfy® Original is not classifiable as a pullover under HTSUS 6110.30.3059 because of its sherpa lining, its length, and its design, use, and function as a wearable blanket.

Court No. 22-00173

27. The Comfy® Original is properly classified under HTSUS 6301.40.0020 (blankets).

## COUNT II

(Incorrect Classification Decision – Textile)

28. Plaintiff repeats and incorporates paragraphs 1-24 by reference, as though fully stated herein.

29. The Comfy® Original is not classifiable as a pullover under HTSUS 6110.30.3059 because of its sherpa lining, its length, and its design, use, and function as a wearable blanket.

30. The Comfy® Original is not a garment because it is not an article of clothing.

31. The Comfy® Original is a made up article of textile material which is not included more specifically in other headings of the Harmonized Tariff System of the United States.

32. The Comfy® Original is properly classified under the basket provision for textiles in HTSUS 6307.90.9891 (other made up textiles).

## COUNT III

(Incorrect Classification Decision – Garment)

33. Plaintiff repeats and incorporates paragraphs 1-24 by reference, as though fully stated herein.

34. The Comfy® Original is not classifiable as a pullover under HTSUS 6110.30.3059 because of its sherpa lining, its length, and its design, use, and function as a wearable blanket.

35. If The Comfy® Original is a knitted garment, it is not included more specifically in the preceding headings of Chapter 61 of the Harmonized Tariff System of the United States.

36. The Comfy® Original is properly classified under the basket provision for garments in HTSUS 6114.30.3070 (other garments).

Court No. 22-00173

## **RELIEF**

37. WHEREFORE, Plaintiff respectfully requests that this Court:

(a) Enter judgment in its favor; and hold The Comfy® Original is classified as a blanket under HTSUS 6301.40.0020, and refund the duties to Plaintiff together with interest as provided by law; or

(b) Alternatively, enter judgment in its favor; and hold The Comfy® Original is classified as a made up textile under HTSUS 6307.90.9891, and refund the duties to Plaintiff together with interest as provided by law; or

(c) Alternatively, enter judgment in its favor; and hold The Comfy® Original is classified as a garment under HTSUS 6114.30.3070, and refund the duties to Plaintiff together with interest as provided by law; and

(d) Award costs, attorneys' fees and other such relief as the court deems equitable and just.

Dated: June 29, 2022               Respectfully submitted,

By:    /s/ Christopher J. Duncan
Christopher J. Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara
Attorneys for Plaintiff
865 South Figueroa Street, Suite 1388
Los Angeles, California 90017
Telephone: (213) 630-8888
Fax: (213) 630-8890
E-Mail: cduncan@steinshostak.com