**Def. Ex. 12**

  

🍂 Fall Flash Sale 🍂 15% Off Everything!

# An Ode To Comfy Season!



Can you believe it? Fall, aka Comfy season, is here! Colored leaves, cocoa, cold evening walks. Pajama pants, pumpkin lattes, apple pie, and pillow fights! Tis the season to get your Comfy on! We're so excited for fall, we've made a song about all the ways you're going to *fall* in love with The Comfy.

*C... is for morning COFFEE on the balcony.*

When it's too early to put real clothes on, but you want to enjoy the crisp fall air with your morning coffee, step outside in The Comfy. A snuggly morning routine that will start your day of #FeelingTheHappy.

*O... is for the ONLY BLANKET that lets you snuggle, dance, and read.*

You can't dance in a blanket. You can't hug in a blanket. You can't flip pages of your novel in a blanket without your arms being exposed. The Comfy is the blanket reinvented! You can do all of your favorite cold-weather activities with Comfy-ness and ease.

*M... is MOVIE MARATHONS with your loved ones.*

We didn't invent the movie night, but we did reimagine how incredible a movie night could be. No need to worry about shared blankets. Snack, relax and snuggle in front of your favorite flicks in The

GET 10% OFF

Comfy. We've even written a blog with Pro Tips on How To Host The Comfy-est Movie Nights.

*F… is for FINDING THE PUMPKIN you adore.*

Our favorite fall activities are here: pumpkin picking, pumpkin carving, hayrides, and corn mazes! When you're gearing up to spend all day at the pumpkin patch, you better throw on The Comfy. The delicious sherpa lining will keep the autumn chills out and the warm sensations of fall in, so you can frolic all day in search of the perfect pumpkin.

*Y… is YELLOW LEAVES and YUMMY HOT DRINKS.*

Nothing says fall like colorful leaf piles and hot apple cider. The Comfy is perfect for outside yard chores like raking leaves, or outside play, like jumping in the freshly raked leaf piles… Sorry, Dad! And the best treat to follow up a day of work and play? A steaming mug of apple cider or hot cocoa, which you can enjoy in The Comfy -- the wearable blanket that won't slip when you sip!

And now… to bring it home!

*Comfy-ness is all that we can give to you!*

*The Comfy does so much more than a blanket can do.*

*The Comfy in fall will make it,*

*The best season yet, just wait till you wear it!*

*The Comfy was made for fall and winter too!*



Share    Tweet

## Leave a comment

Name

Email

Message

Please note, comments need to be approved before they are published.

Post comment

← Back to blog



| Company | Shop All |
|---|---|
| | Shop All |
| | Authorized Retailers |
| | **Account** |
| About | My Account |
| Comfy Cares | Rewards |
| Blog | Returns |
| Reviews | #TheComfyLife |
| FAQs | |
| The Comfy Creator Community | |

Contact Us

Legal

Privacy Policy

Terms of Service

Patent Information

User Generated Content Policy

© 2023, **The Comfy**