# Def. Ex. 13

    

Use code FALL23 to save big!

# Staying Comfy This Winter



At The Comfy, we understand that chilly weather can deter you from the outdoors and make hanging on the couch sound even more enjoyable. Thankfully The Comfy is here to make all your winter activities cozy, whether you're inside or out! Here are a few of our favorite activities to do during the winter season while wearing your cozy Comfy!

**Ice skating**: Seasoned pros and beginners would agree that this chilly activity is best done with an extra layer of warmth. Wear your Comfy while gliding along the ice with your friends, or use it to warm up after a chilly hockey practice.

**Holiday Shopping at Home**: Shopping from the couch while checking off your holiday shopping list is done best in your favorite wearable blanket.  The Comfy keeps you warm and your heating bill low!

**Holiday activities at the Park**: The best time to enjoy delicious hot cocoa! Gather the family and head to your local city park to enjoy great holiday decorations, shows, and traditions. Keeping the family warm in matching Comfys is a great way to get in the holiday spirit and stand out in the crowd!



**Tailgating**: Getting into the true spirit of the gridiron means hotdogs and beverages in the parking lot, while everyone anticipates their team winning the big game! Wear your Comfy to the game and be the coziest fan at the stadium!

**Dinner Party Hosting**:  Hosting a get-together during winter is great to get your social circle in the holiday spirit! Invite all the participants on the list to come in their favorite Comfy! Coordinating with your guests can make for a great Instagram photo-op, letting everyone partake in the fun while enjoying the festivities.

The Comfy is your best investment this winter, especially with heating costs at an all-time high. But don't forget that The Comfy keeps you warm for all your favorite outdoor activities as well. Including your Comfy in your favorite indoor/outdoor activities will leave winter shaking in its boots!

Share     Tweet

## Leave a comment

Name

Email

Message

Please note, comments need to be approved before they are published.

Post comment

← Back to blog



| Company | | Shop All | |
|---|---|---|---|
| | | Shop All | |
| | | Authorized Retailers | |
| | | **Account** | |
| About | | My Account | |
| Comfy Cares | | Rewards | |
| Blog | | Returns | |
| Reviews | | #TheComfyLife | |
| FAQs | | | |
| The Comfy Creator Community | | | |
| Contact Us | | | |
| **Legal** | | | |
| Privacy Policy | | | |
| Terms of Service | | | |
| Patent Information | | | |
| User Generated Content Policy | | | |

© 2023, **The Comfy**