## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| COZY COMFORT COMPANY, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No. 22-00173 |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

## JOINT CERTIFICATION OF SETTLEMENT EFFORTS

The undersigned lead counsel for the parties hereby jointly certify that:

1. Although the parties have previously discussed settlement, in accordance with the Court's June 18, 2024, Order (ECF No. 48), they conferred by email on July 19, 2024, and August 12, 2024, and by telephone and videoconference on August 29, 2024, to discuss in good faith the settlement of this case.

2. Christopher J. Duncan, plaintiff's counsel; Elon A. Pollack, plaintiff's counsel; Brandon A. Kennedy, defendant's counsel; and Beverly A. Farrell, defendant's counsel, participated in these settlement discussions.

3. Counsel conferred with their clients concerning settlement.

4. In the settlement discussions, counsel discussed settlement alternatives, identified obstacles to settlement, and considered options for resolving them (including possible use of mediation).

Submitted this 17th day of September, 2024.

*/s/ Christopher J. Duncan*
Christopher J. Duncan
Elon A. Pollack
**STEIN SHOSTAK SHOSTAK POLLACK & O'HARA**
865 S. Figueroa St., Suite 1388
Los Angeles, California 90017
Telephone: (213) 630-8888
cduncan@steinshostak.com
*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

BEVERLY A. FARRELL
Senior Trial Attorney

BRANDON A. KENNEDY
Trial Attorney
Civil Division, U.S. Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel.: (212) 264-9230
*Attorneys for Defendant*