**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HON. STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| COZY COMFORT COMPANY LLC, | |
| Plaintiff, | Court No. 22-00173 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## <u>PARTIES' RULE 30(B)(6) DEPOSITION</u><br><u>DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS,</u><br><u>AND OBJECTIONS TO COUNTER-DESIGNATIONS</u>

Pursuant to September 19, 2024, pre-trial conference, attached are complete, color-coded transcripts of the parties' Rule 30(b)(6) witness deposition designations. Plaintiff Cozy Comfort's designations and counter-designations are in yellow, Defendant United States' designations and counter-designations are in blue, and the parties' mutual designations are in green.

Also attached pursuant to our discussion during the pre-trial conference, to assist the court in making its rulings, attached is a chart with the parties' respective designations, objections, counter-designations, and objections to counter-designations, and space for the court to make its rulings.

Finally, pursuant to the court's request to the parties on September 23, 2024,

plaintiff will promptly provide the court with six (6) hard copies of the color-coded

transcripts, as well as six (6) copies of the chart.

DATED: October 1, 2024

        */s/ Christopher J. Duncan*
Christopher J. Duncan
Elon Pollack
**STEIN SHOSTAK SHOSTAK POLLACK & O'HARA, LLP**
865 S. Figueroa St., Suite 1388
Los Angeles, California 90017
Telephone: (213) 630-8888
cduncan@steinshostak.com

Gregory P. Sitrick
Isaac S. Crum
Sharif S. Ahmed
**MESSNER REEVES LLP**
7250 N. 16th St., Suite 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile: (303) 623-0552
gsitrick@messner.com
icrum@messner.com
sahmed@messner.com

**ATTORNEYS FOR PLAINTIFF COZY COMFORT COMPANY, LLC**