# EXHIBIT C

**From:** **Kennedy, Brandon A. (CIV)** Brandon.A.Kennedy@usdoj.gov
**Subject:** RE: Cozy Comfort - V. U.S. - Exhibits and Deposition Designations
**Date:** September 24, 2024 at 1:33 PM
**To:** Christopher Duncan cduncan@steinshostak.com
**Cc:** Elon A Pollack elon@steinshostak.com, Gregory Sitrick GSitrick@messner.com, Isaac Crum ICrum@messner.com, Sharif Ahmed SAhmed@messner.com, McShea, Christopher (CIV) Christopher.McShea2@usdoj.gov, Farrell, Beverly A. (CIV) Beverly.A.Farrell@usdoj.gov

Hi Chris,

Please see attached our revised Schedule H-2, which includes the three Comfy trademarks that we noted at the pretrial conference we recently discovered and which plaintiff did not produce to us in response to our discovery requests, at exhibits D47-49. We've also included a courtesy Word copy. Shortly, our office manager Chris McShea will send invites to the shared cloud folder to the Messner attorneys included below.

Thanks,

Brandon

**From:** Farrell, Beverly A. (CIV) <Beverly.A.Farrell@usdoj.gov>
**Sent:** Monday, September 23, 2024 4:51 PM
**To:** Christopher Duncan <cduncan@steinshostak.com>; Kennedy, Brandon A. (CIV) <Brandon.A.Kennedy@usdoj.gov>
**Cc:** Elon A Pollack <elon@steinshostak.com>; Gregory Sitrick <GSitrick@messner.com>; Isaac Crum <ICrum@messner.com>; Sharif Ahmed <SAhmed@messner.com>
**Subject:** RE: Cozy Comfort - V. U.S. - Exhibits and Deposition Designations

Hi Chris,

As the Court noted, for the non-30b6 deposition transcripts, the parties should hold off providing them to the Court until it becomes apparent that the witness would not be present to testify live.

With respect to the Rule 30b6 deposition transcripts, each party is to designate what they intend to use from the **adverse** party's deposition. *See* CIT Rule 32(a)(3). The designations of Cozy's Rule 30b6 may only be made by the government as the adverse party. When necessary, for example under the rule of completeness, an opponent may designate portions of its own Rule 30(b)(6) deposition in response to those designated by the adverse party.

We will be providing our designations of plaintiff's Rule 30b6 deposition to you tomorrow. We will also review plaintiff's designations of the government's Rule 30b6 and provide you with any counter-designations, if needed, and any objections.

With regards to exhibits, we are still considering whether we will add any further exhibits to our schedule and will let you know our decision.

Regards,
Bev

**From:** Christopher Duncan <cduncan@steinshostak.com>
**Sent:** Monday, September 23, 2024 4:31 PM
**To:** Kennedy, Brandon A. (CIV) <Brandon.A.Kennedy@usdoj.gov>; Farrell, Beverly A.

(CIV) <Beverly.A.Farrell@usdoj.gov>
**Cc:** Elon A Pollack <elon@steinshostak.com>; Gregory Sitrick <GSitrick@messner.com>; Isaac Crum <ICrum@messner.com>; Sharif Ahmed <SAhmed@messner.com>
**Subject:** [EXTERNAL] Cozy Comfort - V. U.S. - Exhibits and Deposition Designations

Hi Brandon and Bev,

In accordance with the court's order following the pretrial conference, we are reaching out to collaborate on exhibits and deposition designations. Prior to the pretrial conference, we provided our H-1 with all 33 exhibits we intend to enter. If you intend to add exhibits to your H-2, please send a revised H-2 with additional proposed exhibits. Please also send a cloud folder link to all exhibits accessible by me, Elon, Greg, Isaac, and Sharif.

We also previously provided you with our deposition designations in spreadsheet format. Please enter your designations/counter-designations on the spreadsheet and send them back. We will compile the respective designations, color code them in accordance with the court's instructions (yellow, blue, green), and produce six comprehensive copies of each deposition transcript with color-coding by the deadline to the court.

Chris

**Christopher J. Duncan, Esq.**
**Partner**
**Stein Shostak Shostak Pollack & O'Hara, LLP**
**865 S. Figueroa Street, Suite 1388**
**Los Angeles, California 90017**

Off: (213) 630-8888 Ext. 10
Mob: (915) 727-0070
Email: cduncan@steinshostak.com

*********************************************************************************
This message contains information and attachments which are confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by e-mail cduncan@steinshostak.com, and delete the message.
*********************************************************************************

[Def Schedule H-2.pdf]   [Def Schedule H-2.docx]