FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)     Form 1  March 2023

# UNITED STATES
# SELECT COURT

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 22-CV-00173(SAV)

Case title being appealed: Cozy Comfort Company, LLC v. United States

Date of final judgment or order being appealed: June 16, 2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Cozy Comfort Company, LLC

Date: June 25, 2025

Signature: _[signature]_

Name: Christopher J. Duncan, Esq.

Address: Stein Shostak Shostak Pollack & O'Hara LLP

445 S. Figueroa Street, Suite 2388

Los Angeles, CA 90071

Phone Number: (213)630-8888

Email Address: cduncan@steinshostak.com